Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**VICTOR DALFIO**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Delaware corporation; Does 1-10,<br><br>Defendants. | CASE NO.: 3:21-cv-00646-W-BLM<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Courtroom:         3C<br>District Judge:    Thomas J. Whelan<br>Magistrate Judge: Barbara Lynn Major<br>Complaint Filed: April 14, 2021<br>Trial Date:          Not set |
| WALMART INC.<br>          Third-Party Plaintiff,<br>v.<br>CLPF – CLAIREMONT MESA, L.P.<br>          Third-Party Defendant. | |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which time the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: July 19, 2021            **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   */s/Laura Steven*
      Laura Steven, Esq.
      Attorneys for Plaintiff, Victor Dalfio

DATED:  July 19, 2021           **PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

By:   */s/ Christine Y. Dixon*
      Christine Y. Dixon, Esq.
      Attorneys for Defendant, Walmart Inc.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Laura Steven

*/s/ Laura Steven*
By: Laura Steven
Attorney for Plaintiff Victor Dalfio