# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DALFIO,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WALMART, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 21-CV-646 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 28]** |

　　The parties have filed a joint motion to dismiss this action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this case, including the third-party complaint, **with prejudice** in its entirety. Each party shall bear its own fees and costs.

　　**IT IS SO ORDERED.**

Dated: October 13, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge